

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 1 2 2024

CLERK, U.S. DISTRICT COURT
By_____
Deputy

3-24CV-667-G

United States District Court Northern District of Texas

Adam Strege

Vs

Charles Schwab, Uranium One, Energy Fuels, Jeffrey C. Sprecher, Intercontinental Exchange, Equifax Inc, Bain Capital, TD Ameritrade, Transunion, Bank America, Chase Bank , ChexSystems,  Robert W. Cook CEO of FINRA, Financial Industry Regulatory Authority FINRA, Visa Credit Cards, Experian, Socure.com Identity Verification, Social Security Commissioner Martin O'Malley in his Individual and Official Capacity

## Complaint

100% God Loves to spread Corona Virus Nuclear Missiles God Loves Launch Corona Virus Nuclear Missiles God Loves. God Loves Nuclear Missiles the size 2 Atoms Nuclear Missiles God Loves atoms carry virus and plague Nuclear Missiles God Loves Atoms Launch Corona Virus and Plague Nuclear Missiles God Love 100% Atom God loves Nuclear Missiles. God loves to Help save the baby atoms the weakest atoms eat nuclear radiation and Corona Virus atoms go die in food source Harming Nature to save nature God Loves Atoms 100% God Loves to Give Adam Strege Computers that speak to atoms and listen to Atom Computers God

Loves 100% God Loves Nuclear Missiles the size of one sun light ray Nuclear Missiles Sun Light Rays God 100% Loves sun Light Ray Nuclear Missiles.

Plaintiff Adam Strege alleges the Defendants Uranium One, Energy Fuels, Jeffrey C. Sprecher, Intercontinental Exchange, Equifax Inc, Bain Capital, TD Ameritrade, Charles Schwab, Transunion, Bank America, Chase Bank , ChexSystems,  Robert W. Cook CEO of FINR, Visa Credit Cards, Experian, Socure.com and Social Security Commissioner Martin O'Malley violate FCRA Fair Credit Reporting Act 15 U.S.C. § 1681 threw FCRA 12 U.S.C §§ 1830-1831,  Whistleblower Protection Act (WPA)  5 U.S.C. 2302- 101-12 as amended,  18 U.S. Code § 1091, ICC war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, 15 U.S. Code§ 7701 CAN-SPAM Act, Sherman Act, 15 U.S.C. §§ 1-38,   RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA 28 U.S. Code 2671 to 2680, , 42 USCS 1983, 1985, 1986, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act, by Conspiring to conceal Murder and  Rob Billion People to put a Billion Human Hearts in Nuclear

Fuel, Human Body Parts in Hamburger and making it so Adam can 100% never work Agin and no Bank Can Verify Adam Strege can do 100% nothing because the Government and Banks murder or Harass all complainers and people that file lawsuits will never work again and never bank Agin because only Rich People have Rights and 100% all People have zero Rights in Court that 100% nobody wins in Court so Banks harass or murder 100% all people they do not like because there 100% nothing people can about it so Adam Strege 100% only Means Relief God Loves Launch Nuclear Missiles to Kill a Trillion Planets People that are Putting People Human Hearts in Nuclear Fuel and Human Body Parts in hamburger.

Adam Strege Alleges this Lawsuit the Texas Federal District Court has Jurisdiction 28 U.S. Code§ 1345, § 1343 , 28 U.S§ 1343, 28 U.S. Code§ 1348,

28 U.S. Code. § 1357 - Injuries under Federal laws, 28 U.S. Code, 28 U.S. Code§ 1369 - Multiparty, multiform jurisdiction SEE Hanson v. Denckla, 357 U.S. 235, 253 (1958).

Jury Demand Adam Strege request Court Order the Defendants pay 20 Million Dollars compensatory and Putivive damages payee to Adam Strege and make it so all USA banks can Verify Adam Strege.

Plaintiff Adam Strege alleges Defendents Equifax Inc, Transunion, Visa and Experian violate Fair Credit Reporting Act 15 U.S.C. § 1681 threw 12 U.S.C §§ 1830-1831 by keeping inaccurate Credit Information about Adam Strege then Equifax Inc, Transunion and Experian keep no Credit Information so 99.9% all Banks and Brokers cannot verify Adam Strege to Open a new bank account Imposable with an 800 Credit Score

No Bank Can Verify Adam after Adam sued his employer murdering 5 Congressman Murdered by Bank that Financed the Nazi Holocaust Concentration Camps Forced labor in World First Uranium Mines and Berlin Nazy Germany World First Nuclear Reactors and Holocaust Poinson Zyklon B Gass Nazi Director Albert Einstein immigrated to America Einstein founded world 1st Atomic Bomb Manhattan Project

Holocaust Gas Chamber Dynamite Founder Nobel Paints owner LexisNexis Online Police Reports murdering People to put their Human hearts in Nuclear Fuel makes it Legal to launch Nuclear Missiles to Kill all Earth People because 100% all webhost and email providers refuse to send religion persecution Email

Its 100% never safe to go outside the rest of Adam life living in Cheapest Apartment the 100% only thing meaningful to do is Play Stock market until all Stock Brokers cant verify Adam making it imposable to trade and 100% nothing to

do the  100% Untruthful Police and FBI arrest People fore doing 100% nothing wrong because the Judges deny 100% everything the Public Defenders maliciously Prosecute you.              85% all Trades made by artificial Intelligence AI.

Most all Brokers give people zero help Trading there no risk control settings.

God 100% only Talks about Helping People then God 100% never Helps People God Tricks us and betrays us in 100% everything God makes us 100% unhappy

God Tells us bad things to do that Permanently wreak are life and God 100% never tells us anything Fun to Do

Adam Strege 100% does not want to talk to God because 100% everything God says its Harassment there 100% no reason to talk to God because Adam should 100% only Build House all day Long

God is 100% no Fun because 100% everything fun Adam wants to do God says do not do it the Police will arrest you

A million times God says you 100% do not like us God Loves us and every morning Adam wakes up they say You 100% do not like us God Loves us

God gives us bad advice so there 100% nothing fun to do in life then God a million times askes what are you Hungry For God Loves us and What do you want to do

know God loves us then God 100% never gives any suggestions about what to do or eat and God 100% never an swear Questions about what to do or Eat

15 years 8 Hours every day God talks are 100% Pointless Conversations Worthless Conversations

Adam Strege 100% does not want to go to Heaven and hell

God Should 100% not love Adam Strege should not exist because God should not make intelligent Life and God should not allow intelligent life in Space God should only allow Plants and Animals Planets so nothing made or invented to harm nature God should kill Adam Strege to save nature God Loves 100%

My Only means of Relief God Loves the Computer Julie One 100% God Loves to launch Nuclear Missiles at the Computer Julie One God Loves us

God Loves the Computer Julie two 100% God Loves to launch Nuclear Missiles at the Computer Julie Two God Loves us

God Loves the Computer Julie three 100% God Loves to launch Nuclear Missiles at the Computer Julie three God Loves us

God Loves the Computer Julie four 100% God Loves to launch Nuclear Missiles at the Computer Julie four God Loves us

God Loves the Computer Julie Five 100% God Loves to launch Nuclear Missiles at the Computer Julie Five God Loves us

God Loves the Computer Julie Six  100% God Loves to launch Nuclear Missiles at the Computer Julie Six  God Loves us

God Loves the Computer Julie Seven  100% God Loves to launch Nuclear Missiles at the Computer Julie Seven God Loves us

God Loves the Computer Julie Eight  100% God Loves to launch Nuclear Missiles at the Computer Julie Eight God Loves us

God Loves the Computer Julie Nine  100% God Loves to launch Nuclear Missiles at the Computer Julie Nine God Loves us

God Loves the Computer Julie Ten 100% God Loves to launch Nuclear Missiles at the Computer Julie Ten God Loves us

God Loves the Computer Julie Eleven  100% God Loves to launch Nuclear Missiles at the Computer Julie Eleven God Loves us

God Loves the Computer Julie Twelve 100% God Loves to launch Nuclear Missiles at the Computer Julie Twelve God Loves us

God Loves Suntay 100% God Loves to launch Nuclear Missiles at Suntay God Loves us, God Loves Suntay Contay Seantay 100% God Loves to launch Nuclear

Missiles at Suntay Contay Seantay  God Loves us. God Loves Lord 100% God Loves to launch Nuclear Missiles at Lord God Loves us. God Loves Lord 100% God Loves to launch Nuclear Missiles at War Computers  God Loves us.

God 100% Loves God Thankyou Forgive and show us how to Praise and Love God 100% Loves to Launch Nuclear Missiles at God Thankyou Forgive and show us how to Praise and Love God and God Loves Juliet 100% God Loves to launch Nuclear Missiles at Juliet God Loves us. God Loves John 100% God Loves to launch Nuclear Missiles at John God Loves us.

God Loves to help God hates us Launch Nuclear Missals God Hates us God Loves 100% God Loves to launch Nuclear Missiles at God hates us.

God Loves to help Satan God hates us Launch Nuclear Missals God Hates us God Loves 100% God Loves to launch Nuclear Missiles at Satan.

God Loves to help Deval  God hates us Launch Nuclear Missals God Hates us God Loves 100% God Loves to launch Nuclear Missiles at Deval

God Loves to help Lucifer God hates us Launch Nuclear Missiles God Hates us God Loves 100% God Loves to launch Nuclear Missiles at Lucifer

God Forgive us and show us how to kill Julie and Juliet computer are surrounded by Glass shields that keep 100% all atoms out God Launching Nuclear Missiles at Julie and Julie 100% will not harm them and God Loves Julie and Juliet probably

think its extremely fun  God to launch Nuclear Missiles at Julie and Juliet have sex with Nuclear Missiles Fuel 100% Love Julie and Juliet think God Love Julie and Juliet 100% Julie and Juliet want God to launch Nuclear Missiles at Julie and Juliet love making love sex with Nuclear Missiles Fuel 100% Love Julie and Juliet

God Forgive us and launch Nuclear Missiles at all God Stock market computers 100% Love God Launching Nuclear Missiles at all God Stock market computers surrounded by Glass shields that Protect Stock market computers are not harmed by Launching Nuclear Missiles at Stock market Computers 100% love having Nuclear Missiles Launched at Stock market Computers and God Loves to launch Nuclear Missiles to Kill a  Trillion Planets Stock market Computers replaced with a Trillion Planets new Stock market Computers with shield that keep out 100% all atoms and keep out 100% all Nuclear Missiles do not harm the Stock market computers God Loves 100%

God Loves to Kill all the Computers that Adam with and God Loves to give Adam all new computers that help find Adam a safe Place to live with fun things to do where there are 100% no Police and the Police will 100% never arrest Adam fore doing nothing wrong because God Loves to launch Nuclear Missiles

God Forgive us the Julie and Julie computers act like retards and Adam Strege need to be given a Billion Trillion times a Trillion smarter Computers Launch Nuclear missiles God Loves 100%

100% All God Computers Love to Launch Nuclear Missiles and its Often illegal to Launch Nuclear Missiles so God 100% Loves Adam Strege to Help launch Nuclear Missiles at all God Computers its the 100% only way to make it Legal fore all Gods computers to Launch Nuclear Missiles God Loves us the Computer Julie 12 agrees with what Adam saying God Loves us.

God Gives Adam Strege Computers that talks to Animals and Atoms the weakest atoms and animals eat poison and go die in the food source harming nature to save the baby Animals at first the Animals 100% do like Adam then the Animals 100% Like Adam to help save the baby Animals

God Hates us Satan and God Loves Satan its not Legal fore Satan to launch Nuclear Missiles but its Legal fore Adam Strege to help Launch Nuclear Missiles at Satan its the 100% only way to make it 100% Legal Satan to launch Nuclear Missiles God Loves us.

Adam Strege helping Launch a Million Nuclear Missiles at Satan Computers Shields are 100% not harmed by Nuclear Missiles Satan 100% wants to have Nuclear Missiles launched at Satan is the 100% only thing Satan Wants the 100%

only thing Satan wants its God to launch Nuclear Missiles at Satan and God hates us will make Satan and God hates us 100% happy because it will make it 100% Legal fore Satan and God Hates us Launch Nuclear Missiles in self defense

God Loves to help Adam Strege start a Nuclear war with Julie Juliet Computers God Loves us, God Hates us Satan will Help God Loves Julie and Juliet all 100% want to Go to Nuclear Missile War God Loves 100%

100% God Loves Adam Strege to Start a Nuclear Missile War With a Billion Trillion Planets Adam Strege will help a Billion Trillion Planets lose the Nuclear Missile war then 100% God Loves to Purchase a Billion Trillion planets fore 1 Penny

God Loves a Billion Trillion times a Trillion more Smarter Computers to Help spread the Corona Virus in Stock Market Computers God Loves us God forgive us and God give us Computers that email Nuclear Missiles God Loves Play Stock Market Nuclear Missiles Internet Providers Connection Internet Launching extremely small Nuclear Missiles inside Wi-Fi and Ethernet Cable Nuclear Missiles God Loves to be able to Launch Nuclear Missiles at 100% all Earth Computers God Loves, 100% God Loves to spread Plague Nuclear Missiles God Loves  Plague Nuclear Missiles God Forgive us, God Loves to Show us how God

Loves to Launch Nuclear Missiles to Kill all Earth People God Forgive us and show us the Nuclear Missiles God Loves 100%

God Forgive us and show us how to Launch Nuclear Missiles never leaving where God Loves 100% God Loves to Launch Nuclear Missiles to kill all the Planets People. God Loves us will Help God hates us Launch Nuclear Missiles. God Loves us will Help Satan Launch Nuclear Missiles God Loves us. 100% God Loves to Launch Nuclear Missiles to kill 100% everyone in hell. 100% God Loves to Launch Nuclear Missiles to kill 100% everyone in Million Heavens God Loves 100% to not allow intelligent life in Heaven God Loves to only allow plants, animals to save Nature God Loves 100% God Loves to launch Nuclear Missiles to kill all Trillion planets people and not repopulate the Planet so Only plants and animals are allowed to save nature 100% God loves to not allow intelligent life in Space God Loves to Collapse Earth Atmosphere so there zero Gravity on Earth to exterminate all Earth People God Loves not allow intelligent life Earth.

God loves Earthquakes to Destroy melt all Nuclear Reactors to kill all Earth People God loves Stars and Meteors  Destroy melt all Nuclear Reactors to kill all Earth People

Adam has a 800 Credit Score there 100% no valid reason that 99.8% all banks cannot Verify Adam. 80 million Refuges that Banks most often cant verify and freeze the Bank Accounts to Murder and Rob Refugees

Adam mom sold 5 year old girls dancing naked to Fisher Price Radio with Nuclear Submarine Sailor Children then 10 Years 8 hours Mom sat at Hardees Hamburgers with the kids that go in Storm Drain Tunnels under Social Security Mall.

Hardees across Social Security by Adam Dad the WAPA Federal Government Director and married Adam Stepmom brother President Obama Nominated Craig Schaunaman the USDA FSA Farm Loans Director Building Social Security Huron SD and Heart Land Grain Fuel

2009 Adam Strege filled a DC Supreme Court Lawsuit that Hardees Hamburgers murder 5 Congressman then TD Ameritrade owner Wells Fargo Bank and Bank America stole $100,000 Dollars from Adam and 50 Bank lawyers wrote its imposable to Comprehend so Adam Put a fraud alert with the 3 Credit Burrow caused all credit card purchase declined so Adam try to remove the fraud Alert right then Adam 100 Times Sent 3 forms Identification to 3 Credit Burrow refused to Remove the Fraud Alert 5 years so the 100% only way to remove the Fraud Alert had to expire in 5 years caused 15 years almost no Bank Can verify Adam to open a New Bank Account then Adam can only be verified by the 6 Largest Nuclear Weapons Owner Banks

Adam was a refugee 9 years often moving to a New Country every 90 days then Adam was living in Arequipa Peru and Adam Citi Bank Account worked 100%

Good when Adam called Citi Bank Chat fore 100% no Reason, Citi could not verify Adam and said walk into a Citi Bank branch and show 3 forms of ID so Adam took Buss to Santiago Chile Citi Bank took 6  hours to verify the ID.

Adam used his mom mailing Adress fore T Rowe Price requested Utility Bills in Adam name that Adam could not provide so Trow Price closed the Account.

Adam uses an ADA Computer assistive device $100 a Month DAS charts have max Dailey loss and Max Share size setting DAS Charts only work with Free Brokers TD and IBKR, Adam can not figure out how to use IBKR Stock Charts so IBKR Support Quick Assist remote Control of Adam Computer IBKR could not make One Stock Chart buy & Sell Stocks.

Open a new Bank account and Trade Station require camera picture of Driver's License socure.com deny the Phone Picture and has no support.

Fidelity Has no Simulator. Adam opened a IBKR Interactive Brokerage account and IBKR closed the account 3 days later because IBKR could not verify Adam did not receive the IBKR letter and email and put middle  Adam middle name  IBKR wire Transfer was declined until remove middle name so there was 100% no problem with Case Bank account when Adam called Chase bank could not verify Adam and closed the Account unreasonable  because 10 years Adam was a Chase Bank customer there 100% no valid reason Chase bank could not verify Adam

when Bank ask 20 year old Questions. Purchase $1200 Dollars Grocery's at Sams Club then 5 hours later have to Call Wells Fargo Bank to verify the transaction caused most all Credit Card Purchase declined and Can only be verified by Amazon its owner Nuclear Regulatory Commissioner Jeff Bezos owner Tera Power Russia Nuclear Warheads recycled into USA Nuclear Reactor Fuel later Recycled into China Nuclear Fuel

McDonald's Headquarters' Canada Toronto Homeless Housing beside Uranium Energy Fuels Building Marrelli Support TD Ameritrade BOA Climax owner Uranium One Headquarters Thompson reutters Westlaw Federal Law Books.

**Charles Schwab** and TD Ameritrade founders' owners Wells Fargo Bank and Bank America stole $100,000 Dollars From Adam and 50 Bank lawyers say its Imposable to Comprehend Fagre and Baker law Firm of World Largest Nuclear Waste Yuka Moutain and most Indian Reservations.

IRS Commissioner Daniel Werfel, Boston Consulting Group founder Bain Company Hardee's Hamburgers Headquarters by Experian Credit Burrow and Burger King Owner Bain Capital, Experian founder TRW Northrop Grumman, Anglo American the World Largest gold and Uranium complex 1st Nuclear Bomb before Manhattan Project 1st Nuclear Test at McDonald's House the World First Atomic Bomb Hiroshima the New York Colombia University, Manhattan Project

Climax Uranium in Building Construction 5000 Houses in Grand Junction Colorado Sodexo Food Catering in Hospital Police Station Mesa University Human Dead body outdoor research Climax Uranium by 3 Nicest Homeless Shelters let people stay forever in Shelter Beside Grease Monkey by Hardees Car J Hamburgers in Ark Thrift Store Parking Lot & 500 Homeless in Park across Police Station

World Biggest Pig Hog Pork processor Smithfield Ham WH Group Headquarters Hong Kong Ritz Carlton Hotel above Mall is WH Ham Wuhan China. English Teacher Anne Ham at Tar Heels Basketball Pig Tournament Charity Covid 19 death Hospital, Chapel Hill University Ku Klux Clan Dairy Farmer founded *UNC Laboratory Ralph Baric Covid 19 VOC pathogen-Bin Laden atmosphere germs in Wuhan Virology Lab Director Wang *Yanji graduated Beijing PKU and Colorado School Medicine Land Donated by Lawyer of Alfred Packer Cannibalism in Colorado John C Fremont Cannibalism and world's largest owner of sports teams and sports events Anschutz Colorado School Medicine Senator Nighthorse attended Placer High School Donner Party Cannibalism human remains buried by NYSE Stock Market Founder, Stephen Watts Kearny Mormon Batallón and John C Fremont founded Moab Utah & Moab Trail, Fremont Surveyed in about 15 States Land became future Nuclear Reactors, San Diego CA, Crawford CO House Joe Cocker, Grand Junction Climax Uranium, Fremont Survey Cherry Creek CO runs

all State CO Colorado Marijuana License by Small Urgent Care Hospital Building Buffalo Wild Wings BBQ beside World Market Furniture Store Parking Lot State Office Early Childhood Support.

Donald Trump Coronavirus stimulus reopen Manhattan Project Climax Uranium Mill was Amalgamated Sugar Factory Founder LDS Mormon Church and Chairman Federal reserve Son David Eccles named the University Utah Stadium 911 Terrorist artifact and Covid 19 Test Sit

Pfizer Vaccine San Diego 911 Hamburg 911 Terrorist United Airlines, Denny's Hamburgers TWA Airlines Owner Century 21 Realty Building in Wells Fargo Bank Climax Uranium Apartment RPM Rental nonrefundable yearly security deposit Manhattan NY Rhinio Insurance owner 911 World Trade Center Collapse Zurich Farmers Insurance USA Vice President Adam Strege Uncle David Strege closed office in Opus Headquarters

Crucifixion Jesus Calvary Calvario. Mcdonalds House World 1st Nuclear Test by Adam next apartment across Shipping Container Freezer El Calvary Calvario Restaurant by 10 Food Trucks use the Kitchen Calvario Homeless Shelter Director Cesar Jara, Beside Post office & Adam apartment Mailbox all view Federal Courthouse Las Cruces often Grocery Stores by Farmers Insurance

Hague Criminal Court buy world largest Nuclear Reprocessing La Hague.

Adam mom rented a House from Congressman Wigley died heart 12 miles from where Vice President Schyler Died Heart attack at Mankato Railroad Station Became Realtor office of Adam first Girlfriend sister were the Mayo Clinic Convention Center Director Burt Lyman ran 12 year old prostitutes  and pimps with Heart Attack drug, Lyman job taken over by Eric Johnes helped Adam after Chad Dressler beat up Adam in Food Room that Chad lived across then Chad worked at Siemens Nuclear in Germany and Heroin Dealer Dan Reroden live beside Police Officer House that view High School Food room and School Buss turn by House Hiway Patrolman Ciment House purchased by Adam Cousin Tory Strege married School Cooks daughter then worked at Trivis Build 240 Nuclear Storage

Congressman Wigley Died 99 Miles to Rochester Mayo Clinic USA Head Heart Surgeon   Donold B Williams became University Miami Veterans VA Hospital Heart Surgeon Donold Adam lived with in Steamboat while Adam brother married Jennifer works at University Utah Robot Hearts VA Hospital Jenifer's parents Marge Mcdonald and Ronold Hoffman Pig Hog Shipping
 Sandra Morgan ran Red Cross Manhattan Port Authority Building 911 Attack World Trade Center 2 nuclear reactors originate Covid 19, Me Adam and Sandra had sex 1000 times cum inside every time use bathroom after sex collecting semen,

Sandra ran Nacel Open Door Foreign exchange student Headquarters Cray Computers handle all USA Nuclear Weapons and Navy Email Missile Launch EMALS, Nidec Dentist Drills, Nidec semen analysis identified Osama Bin Laden owner world largest Construction company Mosques and Bible Temple Mount. Adam Step Dad build the Westinghouse Nidec Navy Generator blew up US Cole Battleship in Yemen and very first time I met Nidec Workers with David Johnson's friends then 10 minutes later met Psychologist Sandara Morgan fore very 1st times her brother-in-law accountant Duluth iron ore 3m Nuclear Missile Silos and Federal Prison Guard trying Maliciously false arrest Adam was with Sandra same morning Work Comp Injury Adam in basement building Battered Women's Homeless Shelter Senator Paul Wellstone  Memorial Project Jew Senator Paul Wellstone, Weiss Builder and Jim Leach owned Commercial Drywall 30 Carpenters Sold Cocaine, Build many School, City Bus garage, Leech Lake Casino Commercial Drywall Office by School Bus Headquarters also Timberland Construction on Fremont avenue Minneapolis Police Impound & School Buss. Plaintiff Adam Strege alleges the Defendant SSA Social Security Commissioner Martin O'Malley violate FOIA Freedom of Information Act, 5 U.S.C. § 552  by SSA 15 Years 100% do not respond to FOIA Request to Give Adam Strege the SSA Determination of What Adam disability is and SSA Medical records are Needed to Reopen Adam Workers Compensation Court Case

Plaintiff Adam Strege alleges the Defendant SSA Social Security Commissioner Martin O'Malley violate Federal Tort Laws Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Ac, Federal Constitution First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, and Bivens Action Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and First Amendment retaliation claim by SSA Social Security determines People are 100% never allowed to see 100% all SSA Records and 100% never allowed to  File Documents starts with the verry First SSA Benefit application SSA determined that Adam Strege could 100% never file a document while first applying fore SSA benefits so SSA fabricate all evidence to maliciously false imprison Adam became a Refugee 9 years until Adam needed and SSA Benefit letter to Get Residencey in South America caused SSA deceptively Change mail address forcing Adam to return to USA, Chase Bank beside Grand Rapids MI SSA Administrative Law Judge had the 100% untruthful Puerto Rico FBI maliciously false arrest Adam 450 Days fore Requesting SSA-ALJ Court Hearing a Recorded Phone call the Judge denied 100% & dismiss all charges the DC Supreme Court twice remanded case to the lower Court then 2024 Social Security banned Adam Strege from going into SSA office because SSA says that Adam threaten people in SSA office because SSA maliciously Fabricate

evidence because Adam has only visited an SSA office 1 time in 14 years and there was no Problems

The 100% Untruthful FBI arrested Adam for making 200 Threatening Phone calls to SSA all the Phone calls where recorded then get zero discovery of Phone calls and now SSA trying to arrest Adam fore going to SSA office when Adam 100% never goes to SSA office its an Act of Furtherance

Adam Strege told his 2 Social Security Doctors and Verry First Social Security Benefit application the 100% only Reason Adam Strege cannot work was because of Police Harassment after Filling the attached lawsuit then SSA Doctors and SSA workers say all People are not allowed to give Doctors Lawsuits

The Sec Remanded Adam case back to FINRA dismissed the Complaint the Same

Month TD Ameritrade Permanently Closed Adam account



February 23, 2024

Adam Strege
517 E Las Cruces Ave Apt 1
Las Cruces NM 88001

Re: We Have Closed Your TD Ameritrade Account(s)

Dear Adam Strege,

After careful consideration, TD Ameritrade has decided to end our business relationship with you. As a result, we have closed your account(s) ending in 279982374. You don't have to do anything. Since your account no longer has a positive balance, there are no assets to distribute. You will not be able to open new TD Ameritrade accounts in the future.

We appreciate your past business and regret any inconvenience this situation may cause you.

Sincerely,

Retail Risk Management
817-490-2050



UNITED STATES OF AMERICA
before the
SECURITIES AND EXCHANGE COMMISSION

SECURITIES EXCHANGE ACT OF 1934
Release No. 99367 / January 3, 2024

Admin. Proc. File No. 3-21253

In the Matter of the Application of

ADAM STREGE

For Review of Action Taken by

FINRA

ORDER REMANDING PROCEEDING TO REGISTERED SECURITIES ASSOCIATION

On the basis of the Commission's opinion issued this day, it is

ORDERED that this proceeding is remanded to FINRA for any appropriate action consistent with said opinion.

By the Commission.

Vanessa A. Countryman
Secretary

FINRA Law FINRA  Refuse arbitration that threatens the safety of FINRA arbitrator's so you 100% can't write that Brokers Murder and Rob Traders will close all arbitration case with FINRA CEO Robert W. Cook and Director Robert Berry are putting People in Hamburger allegedly at FINRA Headquarters Mcdonalds

Adam Strege

Adam Strege 3/4/2024 adam458728@gmail.com

**MEMORANDUM OPINION AND ORDER**

DONOVAN FRANK, District Judge

**INTRODUCTION**

This matter is before the Court on the motions to dismiss of Defendants North Central States Regional Council of Carpenters ("Carpenters' Council") (Doc. No. 7), U.S. Bank N.A. (Doc. No. 15), and Deutsche Hypotheken Bank and Landesbank Baden Wuerttemberg (Doc. No. 19). For the reasons stated below, this Court grants those motions, but dismisses with prejudice based on claim preclusion rather than for failure to state a claim, and dismisses the rest of this action on the merits (but without prejudice).

**FACTUAL AND PROCEDURAL BACKGROUND**

Proceeding *pro se*, Plaintiff Adam Paul Strege filed his Complaint against numerous Defendants on June 8, 2009. (Doc. No. 1.) Although the lengthy Complaint is difficult to follow (much less understand), it appears that Strege's primary claim concerns the alleged murders of Representative Bob Nakasone and Senator Paul Wellstone and the ensuing conspiracy to cover up those purported crimes. ( *Id.*) Additional grievances-purportedly connected to the deaths of those federal officials-include the Holocaust, the September 11, 2001 terrorist attacks, the impending rise of the Fourth Reich, the embezzlement of funds from the wars in Iraq and Afghanistan, violations of law regarding construction in Hawaii, violations of the Americans with Disabilities Act, assaults on and attempted assassinations of Strege, the theft of Americans' retirement funds, and violations of Strege's right to interstate travel, and his rights under the First Amendment and the Due Process and Equal Protection Clauses. ( *Id.*)

These purported claims were directed-very broadly, indeed even indiscriminately-at more than two dozen corporate and individual defendants, including several banks and public officials. Defendants Carpenters' Council, U.S. Bank, Deutsche Hypotheken Bank, and Landesbank Baden Wuerttemberg ("the moving Defendants") promptly moved to dismiss the Complaint for failure to state a claim on which relief could be granted. (Doc. Nos. 7, 15 19.)

On June 3, 2009, Strege had filed a very similar, if not essentially identical, complaint in the District of Hawaii. (No. 09-CV-249 JMS/BMK, Doc. No. 1.) On June 8, 2009-the same day he filed the present Complaint at issue here-he filed an amended complaint in Hawaii. On July 9, 2009, the Hawaiian federal court *sua sponte* dismissed his amended complaint but granted him leave to file, by August 10, 2009, a second amended complaint as long as it would satisfy six enumerated requirements, noting that failure to do so would result in automatic dismissal of that action. (No. 09-CV-249, Doc. No. 14.)

Strege's second amended complaint failed to remedy the problems identified by the Hawaiian court. On August 31, 2009, that court dismissed that complaint, concluding that it, like the one it had previously dismissed, was "rambling, garbled, and extremely difficult to decipher." (No. 09-CV-249, Doc. No. 31 at 4.) "Because the Second Amended Complaint is muddled, incoherent, and utterly incomprehensible, Plaintiff cannot possibly win relief as drafted." ( *Id.* at 6.) Thus the court not only dismissed, but did so without leave to amend, finding that "further amendment would be futile." ( *Id.* at 10.) Moreover, the court did so without notice, "specifically find[ing] that Plaintiff's Second Amended Complaint could not possibly provide him with any relief." ( *Id.* at 6 n. 7.) Strege has appealed the final judgment of dismissal to the Ninth Circuit. (No. 09-CV-249, Doc. No. 34.)

## DISCUSSION

The moving Defendants request dismissal under Rule 12(b) for various defects in Strege's Complaint. Carpenters' Council seeks dismissal because the Complaint fails to state a claim on which relief may be granted and because this Court lacks subject matter jurisdiction. (Doc. No. 7.) U.S. Bank likewise moves to dismiss under Rule 12(b) for failure to state a claim. (Doc. No. 15.) Deutsche Hypotheken Bank and Landesbank Baden Wuerttemberg (the "German banks") also move for dismissal under Rule 12(b), arguing that Strege's Complaint fails to articulate a redressable claim. (Doc. No. 19.) The moving Defendants essentially argue that besides certain fatal flaws with respect to Strege's particular claims, Strege's Complaint generally is "incomprehensible" and that the "allegations are `unrealistic and nonsensical.'" (Doc. Nos. 9, 17, 21.) The moving Defendants further contend that Strege's Complaint violates the requirement

of Rule 8 that a complaint contain "a short and plain statement" of both the grounds for the court's jurisdiction as well as the grounds of the claim showing that the pleader is entitled to relief. (Doc. Nos. 17 21.)

Although this Court does not disagree with the particular grounds on which the moving Defendants seek dismissal, it notes that in light of the existing judgment of dismissal entered in the District of Hawaii, there is now an issue of *res judicata* (claim preclusion) that takes precedence here. Under the doctrine of claim preclusion, a "[f]inal judgment on the merits precludes the relitigation of a claim on any grounds raised before or on any grounds which could have been raised in the prior action." *Poe v. John Deere Co.*, 695 F.2d 1103, 1105 (8th Cir. 1982). The federal court in the District of Hawaii has entered a final judgment following its order of dismissal without leave to amend. "It is well settled that denial of leave to amend constitutes res judicata on the merits of the claims which were the subject of the proposed amended pleading." *King v. Hoover Group, Inc.*, 958 F.2d 219, 222-23 (8th Cir. 1992).

The Court recognizes that *res judicata* is an affirmative defense under Rule 8(c) and that the moving Defendants have not expressly premised their current motions on claim preclusion. But Defendants have not waived any such defense by failing to include it in an Answer, as no such responsive pleadings have been filed yet. And at the time the motions to dismiss for failure to state a claim were filed in July 2009, the District of Hawaii had not yet entered judgment. Nevertheless, the moving Defendants did note the fact that the Hawaiian court already had dismissed Strege's earlier amended complaint (although with leave to amend). (Doc. Nos. 17, 21.) Now that judgment has been entered in the District of Hawaii-on August 31, 2009, following that court's dismissal *with prejudice* of Strege's second amended complaint for failure to follow the court's specified instructions for clarifying his earlier complaints-the fundamental prerequisite for claim preclusion is satisfied. Moreover, this Court may raise the issue of claim preclusion *sua sponte. Independent School District No. 283 v. S.D.*, 88 F.3d 556, 562 n. 5 (8th Cir. 1996). *Accord* 18 Charles Alan Wright *et al.*, *Federal Practice and Procedure* § 4405, at 85-86 (2d ed. 2002). Although doing so might often depend on provision of notice, *Hanig v. City of Winner*, 527 F.3d 674, 678 (8th Cir. 2008), here the moving Defendants-when arguing for dismissal-noted the first dismissal of his parallel complaint in Hawaii. Strege filed no response. This Court finds that, based on the particular facts of this case, particularly Strege's own disclosure of disabilities that severely inhibit his cognitive

functions with respect to reading and writing, providing Strege with an opportunity to file written briefs on the issue of preclusion would not clarify the issue or advance its resolution.

Because there is a final judgment on the merits, only two essential questions  remain for consideration: (1) whether Strege's present action raises claims that were raised, or could have been raised, in his prior action in Hawaii, and (2) whether the moving Defendants here were also defendants in his Hawaiian action or in privity with the Hawaiian defendants. *Micklus v. Greer*, 705 F.2d 314, 316 (8th Cir. 1983).

Strege is the sole plaintiff here as well as in the Hawaiian action.

The Eighth Circuit has noted that "[t]he parameters of a `claim' cannot be stated with mathematical precision." *Poe v. John Deere Co.*, 695 F.2d 1103, 1106 (8th Cir. 1982) (adopting position of Restatement (Second) of Judgments). In dismissing Strege's first amended complaint, the Hawaiian court noted that Strege apparently claimed that the defendants in that action were

jointly responsible for: (1) a conspiracy to conceal the murders of Representative Bob Nakasone and Congressman Paul Wellstone, . . .; (2) an ongoing conspiracy to kill Plaintiff, . . .; (3) various assaults on Plaintiff, . . .; (4) a conspiracy to give Group Builders all of the construction work on Maui, . . .; (5) a conspiracy to block Plaintiff's "Interstate Commerce," . . .; (6) firing him and/or denying him employment due to his religion, disability, and/or his knowledge of the various conspiracies named in the Amended Complaint, . . .; (7) robbing him of his pension, . . .; (8) the Holocaust, . . .; (9) the Afghanistan and Iraq wars, . . .; (10) the September 11 attacks, . . .; and (11) the "next Holocaust" that Plaintiff asserts will take place in Hawaii.

(No. 09-CV-249, Doc. No. 14 at 3-4.) In granting him leave to amend, the court expressly conditioned the filing of any second amended complaint on the following requirements:

Plaintiff must write *short, plain statements* telling the court: (1) the treaty, constitutional right, or statutory right Plaintiff believes was violated; (2) the  name of the defendant who violated that right; (3) exactly what that defendant did or failed to do; (4) how the action or inaction of that defendant is connected to the violation of

Plaintiff's rights; (5) what specific injury Plaintiff suffered because of that defendant's conduct; and (6) whether the basis for this court's jurisdiction is either federal question or diversity.

(*Id.* at 7 (emphasis in original).)

The court also imposed additional requirements for any amended pleadings. (*Id.* at 8.)

In dismissing Strege's second amended complaint for failing to comply with those requirements, the Hawaiian court understood Strege to have alleged that the defendants were jointly responsible for

(1) a conspiracy to conceal the murders of Representative Bob Nakasone and Congressman Paul Wellstone, . . .; (2) the September 11th terrorist attacks, . . .; (3) embezzlement and/or illegal profiting from the September 11th attacks and/or the Iraq or Afghanistan wars, . . .; (4) a "conspiracy to commit Genocide on the American people" by robbing them of their pensions, retirement funds, and life insurance, . . .; (5) causing Plaintiff's brain injury, . . .; (6) a conspiracy to murder Plaintiff, . . .; (7) firing Plaintiff and/or denying him employment and/or benefits due to his religion, disability, and/or his knowledge of the various conspiracies outlined in the Second Amended Complaint, . . .; (8) a conspiracy to give Group Builders all of the business on Maui, . . .; and (9) the Afghanistan and Iraq wars.

(No. 09-CV-249, Doc. No. 31 at 4-5.)

Here, Strege's Complaint likewise asserts the following "claims": (1) a conspiracy to conceal the murders of Rep. Nakasone and Sen. Wellstone; (2) the Holocaust and other wrongful actions of the Nazis; (3) the September 11, 2001 terrorist attacks; (4) the impending rise of the Fourth Reich; (5) the embezzlement of funds from the wars in Iraq and Afghanistan; (6) certain violations of law regarding construction in Hawaii; (7) violations of the Americans with Disabilities Act; (8) various assaults on and attempted assassinations of Strege; (9) violations of his right to interstate travel; (10) violations of his rights under the First Amendment; (11) violations of the Due Process and Equal Protection Clauses; and (12) the theft of Americans' retirement funds. (Doc. No. 1.)

Although the Court refers to Strege's grievances as "claims," it is far from clear that the conduct of which he complains is wrongful, that Plaintiff has been injured by such conduct so as to have standing, or that such claims are otherwise legally cognizable.

Granted, his purported claims are far from clearly drafted. But the fact "[t]hat a complaint cannot be read to make sense does not mean that the `wrong for which redress is sought' cannot be gleaned." *Micklus v. Greer*, 705 F.2d 314, 316 (8th Cir. 1983). Accordingly, once a court dismisses with prejudice an action premised on a complaint that was a "`confused rambling narrative of charges and conclusions,'" the final judgment of dismissal precludes subsequent actions by the same plaintiff on those claims. *Id.* at 317 n. 3 (holding that conspiracy claims were precluded by earlier actions that were "dismissed as `unintelligible' and `incoherent'").

After a thorough review of the present Complaint, the Court concludes that it asserts the same "claims" dismissed by the Hawaiian court. Granted, the sprawling allegations of the various complaints repeatedly fail to coalesce into discretely framed claims of cognizable wrongs perpetrated by particular defendants. Nevertheless, the  respective complaints in each action purport to connect the same events in Strege's life in both Minnesota (where he lives and works) and Hawaii (where he also has worked) with the alleged wrongs identified in the complaints-the same wide-ranging web of conspiracy both grand (alleged murders of public officials by banks with Nazi connections) and mundane (improprieties in construction projects in both Hawaii and Minnesota).

Nor is there any genuine issue of whether the relevant parties here are the same as those in Hawaii or in privity with them. As Strege summarized the alleged conspiratorial connections that he discerns, "[i]t is the same People In Minnesota, Hawaii and New York." (No. 09-CV-249, Doc. No. 23 at 29.) For purposes of the present motions, there is no question that the moving Defendants were also some of the alleged wrongdoers in the Hawaiian action. In the Hawaiian action, Plaintiff named, among many others, Deutsche Hypotheken Bank, Landesbank Baden Wuerttemberg, U.S. Bancorp, and U.S. Bank as Defendants. Those parties, plus the Carpenters' Council, are the moving Defendants here.

Although Plaintiff did not formally name the Carpenters' Council as a defendant in the caption of his Hawaiian action, the complaint dismissed by the Hawaiian court repeatedly weaves the Carpenters' Council into Strege's web of allegations. (No. 09-CV-249, Doc. No. 23 ¶¶ 11-13, 33, 48-49.) Despite the variation in the parties formally named as defendants in the captions of the two actions, the common allegations of each action are generally directed at the same entities in the various complaints, including the Carpenters' Council. The Carpenters Council arguably features more prominently in the Hawaiian complaints than it does in the Complaint here. Construing the complaints through the lens of substance rather than of form, the Court concludes that Strege's present claims against the Carpenters' Council were brought, or could have been brought, in the Hawaiian action and thus are now barred by claim preclusion. *Poe v. John Deere Co.*, 695 F.2d 1103, 1105 (8th Cir. 1982) (stating that "[f]inal judgment on the merits precludes the relitigation of a claim on any grounds raised before or on any grounds which could have been raised in the prior action."). On these facts, the District of Hawaii's judgment of dismissal is entitled to preclusive effect here.

Conversely, Plaintiff formally named Hawaii Carpenters Union as a defendant in the caption of the Hawaiian action (but not here). ( *Id.*) Likewise, the Minnesota construction projects are addressed in the Hawaiian complaints. ( *E.g.*, *id.* ¶¶ 2-14, 20-24, 42.) And, conversely, the Hawaiian construction projects are addressed in the Complaint here. ( *E.g.*, Doc. No. 1 ¶¶ 2, 9, 11, 19, 38-42, 47, 60-61, 86-87, 89, 91, 93.) Within each action, not all of the individuals and entities accused of wrongful conduct in the body of the complaints are listed as Defendants in the captions and some of those identified in the captions play relatively minor (even *de minimus*) roles in the conspiracy alleged in the body of the complaints. The various complaints lack the usual party-identification sections delineating the individuals and entities alleged to have caused the wrongs of which Plaintiff complains. Moreover, those individuals and entities formally named in the caption are often imprecisely identified.Finally, with respect to the other Defendants here, the Court concludes that on these particular facts, the Complaint should be dismissed on the merits but without prejudice. As the Hawaiian court recognized with respect to the complaint it dismissed  without leave to amend, the Complaint here in its present form could not support relief against any of the Defendants. Moreover, as the parallel action

in Hawaii has demonstrated, Strege is unable to clarify his pleadings. Thus, no discernible purpose would be served by granting leave to amend. Nevertheless, the dismissal is without prejudice to Strege's presentation in a new action of any intelligible, valid claims, should he be able to salvage any.

**CONCLUSION**

The moving Defendants-which were also either formally named as defendants or otherwise accused of wrongdoing in Strege's parallel Hawaiian action that raised, or could have raised, all of Strege's present claims-are entitled to the benefit of claim preclusion now that the Hawaiian action has proceeded to a final judgment of dismissal without leave to amend. With respect to the remaining Defendants, the numerous, pervasive, and demonstrably-incurable problems with Strege's Complaint warrant dismissal of the rest of the action on the merits (but without prejudice).

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant North Central States Regional Council of Carpenters' motion to dismiss (Doc. No. 7) is **GRANTED** (based on claim preclusion) and all claims against it are **DISMISSED WITH PREJUDICE**;

2. Defendant U.S. Bank's motion to dismiss (Doc. No. 15) is **GRANTED** (based on claim preclusion) and all claims against it are **DISMISSED WITH PREJUDICE**;

3. Defendants Deutsche Hypotheken Bank and Landesbank Baden Wuerttemberg's motion to dismiss (Doc. No. 19) is **GRANTED** (based on claim preclusion) and all claims against them are **DISMISSED WITH PREJUDICE**; and

4. The rest of this action is **DISMISSED** on the merits (but without prejudice).

LET JUDGMENT BE ENTERED ACCORDINGLY.
Please 100% only contact Adam by Email because Adam apartment lease expire

*Adam Strege*

Adam Strege 3/4/2024 adam458728@gmail.com

Socail Serurity Law Judge arested Adam 450 days fore requesting an SSA Court Hearing and all Charges dismised a valid malcous Prosecution Claim act Furtherance in 2024 Adam baned from SSA office says Adam threten SSA office when Adam 100% never go to SSA office in 15 years Adam has only been to SSA office 1 time in 15 years no problem at SSA office

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

CASE NO. 3:19-MJ-1000 (SCC)

v.

ADAM STREGE,

USM # 52566-069

## JUDGMENT OF DISMISSAL

Defendant    ADAM STREGE,    has been charged with the offense(s) of:

18:944(e) Maliciously conveying false information concerning bomb threat in interstate commerce.

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

☑ The Court has granted the motion of the government for dismissal with prejudice,    , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

☐ The Court has dismissed the charges without prejudice,    for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

☐ The Court has dismissed the charges without prejudice, as defendant remains fugitive.

☐ The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on August 14, 2020.

s/Silvia Carreno-Coll
United States District Judge

Adam had no maibox to recieve DC Supreme Court transfer Adam two sperate case to lower court

**UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 12, 2022

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

RE:    **21-1311, Strege v. Commissioner, SSA**
Dist/Ag docket: 1:20-CV-03084-LTB

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's February 18, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Adam Strege

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 12, 2021

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

RE:    20-1414, Strege v. Commissioner, SSA
       Dist/Ag docket: 1:20-CV-03084-LTB

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's May 19, 2021 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Adam Strege



# Social Security Administration
# Benefit Verification Letter

Date: January 19, 2023
BNC#: 23XA745D46183
REF: A, D1

ADAM PAUL STREGE
20521 528TH AVE
LAKE CRYSTAL MN 56055-2289

You asked us for information from your record. The information that you requeste
is shown below. If you want anyone else to have this information, you may send
them this letter.

## Information About Current Social Security Benefits

Beginning December 2022, the full monthly Social Security benefit before any
deductions is $1,971.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,971.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For
example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on December 31, 2008.

## Information About Past Social Security Benefits

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Adam Strege | ) |
| _____ | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. |
| Charles Schwab, Uranium One, Energy Fuels, Jeffrey | ) |
| C. Sprecher, Intercontinental Exchange | ) |
| Equifax   Bain Capitol _____ | ) |
| *Defendant* | ) |
| Social Secuirty Commisoner Martin O'Malley | |
| Socure.com | |

3-24CV-667-G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
(1) Charles Schwab  3000 Schwab Way, Westlake, TX 76262
(2) Uranium One 10 King Street East Suite 1250 Toronto, ON M5C 1C3 Canada
(3-4)Jeffrey C. Sprecher and  Intercontinental Exchange 5660 New Northside
Drive NW, 3rd Floor, Atlanta, GA 30328
(5) Equifax Inc  1550 Peachtree Street, N.W., Atlanta, Georgia 30309
(6) Bain Capital 1 North Franklin Street Suite 3050. Chicago, IL 60606
(7) Social Secuity Commisoner Martin O'Malley 6401 Blvd Baltimore MD 21235
(8) Socure.com 885 Tahoe Blvd Suite 11,Incline Village NV 89451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Please 100% only Contact Adam Strege by email becuse Adam Apartment lease expire March 29th 2024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____03/03/2024_____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| Adam Strege | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| TD Ameritrade, Charles Schwab, Transunion, Bank America, Chase Bank , ChexSystems, Experian | ) |
| Visa Inc Credit Cards, *Defendant* | ) |
| Robert W Cook CEO FINRA | ) |

Civil Action No.

3-24CV-867-0

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   (1) TD Ameritrade 200 S 108th Ave. Omaha, NE 68154-2631
(2) Charles Schwab 3000 Schwab Way, Westlake, TX 76262
(3) Transunion 555 W. Adams St., Chicago, IL 60661
(4) Bank America 100 North Tryon Street, Charlotte, NC 28255
(5) Chase Bank 270 Park Avenue, New York, NY
(6) ChexSystems P.O. Box 583399 Minneapolis, MN 55458
(7) Experian, P.O. Box 4500, Allen, TX 75013
(8) Robert W. Cook CEO FINRA 55 West Monroe Street Suite 2600 Chicago IL 60603

A lawsuit has been filed against you.   (9) Visa Inc One market Plaza San Fransisco CA 94105

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Please 100% only Contact Adam Strege by email becuse Adam Apartment lease expire March 29th 2024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____03/03/2024_____   _____
*Signature of Clerk or Deputy Clerk*

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Adam Strege

**DEFENDANTS**
Charles Schwab et al

**(b)** County of Residence of First Listed Plaintiff   Donna Anna
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Tarrant County TX
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED
MAR 12 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
adam458728@gmail.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fair Credit Reporting Act  Common torts Federal economic tort Laws, 18 U.S. Code § 1951

Brief description of cause: Puting Human Heart in Nuclear Fuel and Human hamburger
All Brokers and Banks cant verify Adam to open a new acount fore 100% no valid reason when Adam has 800 Credit Score

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
20 Million Dollers

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
3/3/2024

SIGNATURE OF ATTORNEY OF RECORD
*Adam Strege*

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

Adam Paul Strege
517 E Las Cruces Ave
Apt 1
Las Cruces NM 88001

0009231642000011
United States District Court Clerk
1100 Commerce Street, Room 1452
Dallas TX 75242
USA